**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EMILY WARD,**

    **Plaintiff,**

**-vs-**

                                               **CASE NO.: 8:15-cv-00931-VMC-EAJ**

**NAVIENT SOLUTIONS, INC. f/k/a**
**SALLIE MAE, INC.,**

    **Defendant.**
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, EMILY WARD, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, EMILY WARD, and Defendant, NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                              */s/ Amanda J. Allen*_____
                                              AMANDA J. ALLEN, ESQUIRE
                                              Florida Bar No. 0098228
                                              MORGAN & MORGAN, TAMPA, P.A.
                                              One Tampa City Center
                                              201 N. Franklin Street, Suite 700
                                              Tampa, FL 33602
                                              Telephone:  (813) 223-5505
                                              Facsimile:   (813) 223-5402
                                              Primary Email: AAllen@ForThePeople.com
                                              Secondary: LCrouch@ForThePeople.com
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 23RD day of July, 2015, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:

DAYLE VAN HOOSE, ESQ.
Florida Bar No.: 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
Email: dvanhoose@sessions-law.biz
Secondary: evap@sessions-law.biz
*Attorney for Defendant*

                                                  */s/ Amanda J. Allen*
                                                  ATTORNEY
                                                  Florida Bar No.: 098228